# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Motorists Mutual Insurance Co., | : | Case No. 1:09CV2890 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| Federal Home Loan Mortgage Corp., | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendant | : | |

Having conferred with counsel for the plaintiff and defendant (counsel for the third-party defendant not being available) it became clear that this Court could not see this action to conclusion before leaving the bench on October 29, 2010.

This being so, this Court must decline to assume jurisdiction over the action, and must return the case to District Judge Gwin, to whom it was originally assigned, with directions to the Clerk of Courts to draw another magistrate judge to the file.[1]

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:    September 3, 2010

---

[1] The option to consent to the jurisdiction of this Court's successor remains open to the parties.